United States District Court
Southern District of Texas
**ENTERED**
August 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. H-22-2235 |
| GLOW HOOKAH LOUNGE, INC., *et al.*, | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

For the reasons set out in this court's Memorandum and Order entered on August 21, 2023, this civil action is dismissed with prejudice. Defendant Shariq Ashraf Khan owes to the plaintiff $10,000.00 in statutory damages; $10,000.00 in additional damages; reasonable attorney's fees in the amount of $2,650.00; court fees in the amount of $506.00; and post-judgment interest on all of the above at the rate of 5.34% per annum. This is a final judgment.

SIGNED on August 21, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge